UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:25-CV-645-D-KS

ARTIFICIAL INTELLIGENCE
INDUSTRY ASSOCIATION, INC.,

    Plaintiff,

v.

EXPOSURE SOFTWARE, LLC

    Defendant.

**PLAINTIFF'S UNOPPOSED NOTICE OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE COURT:

    Plaintiff Artificial Intelligence Industry Association, Inc. ("AIIA" or "Plaintiff"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby give notice that the above-captioned action be, and the same is hereby, dismissed with prejudice, each party to bear its own costs.

    This the 8th day of January, 2026.

    By:    /s/ Michael G. Newell
           Michael G. Newell
           N.C. Bar No. 39944
           225 Ray Ave., Suite 200
           Fayetteville, NC 28301
           (336)355 – 6897
           mnewell@theaiia.org
           *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants

By: /s/ Michael G. Newell
Michael G. Newell